## DRI MARK PRODUCTS, INC., Plaintiff–Appellant,

v.

## NATIONAL INK INCORPORATED, Defendant–Appellee,

and

Rose Art Industries, Inc. and Wal–Mart Stores, Inc., Defendants,

and

## Dixon Ticonderoga Company, Defendant–Appellee.

No. 02–1399.

United States Court of Appeals, Federal Circuit.

March 7, 2003.

2. We have considered Spodek's other arguments and have concluded that they are without merit.

Before MAYER, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.